(101 So. 925)

George ROBINSON, alias Robbins, v STATE. (1 Div 608.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. At the April term, 1924, of the circuit court of Mobile county, this appellant was indicted, arraigned, tried, and convicted for the offense of robbery The jury fixed his punishment at imprisonment in the penitentiary for a term of 10 years. From the judgment of conviction this appeal is taken. The appeal is upon the record proper, there being no bill of exceptions. The trial judge certifies that the time fixed by law for presenting a bill of exceptions has passed, and that no bill of exceptions has been presented. The record has been examined, and in all respects appears to be regular. The judgment of conviction appealed from will stand affirmed. Affirmed.

(102 So. 925)

Andrew ROBINSON v. STATE. (5 Div. 511.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed by appellant.

(102 So. 925)

Roy ROBINSON v. STATE. (6 Div. 634.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Marion County; R. L. Blanton, Judge. Carnal knowledge of a girl under 16 years.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(101 So. 925)

Ralph RODDY v. STATE. (8 Div. 222.) (Court of Appeals of Alabama. June 30, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge.

BRICKEN, P. J. This appellant, together with one Will La Farlett, alias, etc., was indicted and charged with murder in the first degree, in that they unlawfully and with malice aforethought killed Posey Whitaker by shooting him with a pistol. The jury returned a verdict of guilty of manslaughter in the first degree and fixed his punishment at imprisonment in the penitentiary for five years. Sentence was duly pronounced in accordance with the verdict of the jury. From the judgment of conviction this appellant appeals, the appeal being predicated upon the record proper, and no bill of exceptions. The record has been examined. It contains no error. Let the judgment of conviction be affirmed. Affirmed.

(104 So. 925)

V. H. RUSH v. CITY OF TUSCALOOSA. (6 Div. 760.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Violating prohibition ordinance.

RICE, J. Appeal dismissed.

(104 So. 925)

V. H. RUSH v. CITY OF TUSCALOOSA. (6 Div. 761.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Speeding.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(103 So. 926)

RUSS v. STATE. (3 Div. 477.) (Court of Appeals of Alabama. Feb. 17, 1925.) Appeal from Circuit Court, Autauga County; George F. Smoot, Judge. Leonard Russ was convicted of possessing a still, and he appeals. Affirmed.

P. E. Alexander, of Prattville, for appellant.

On failure of the state to prove venue, the affirmative charge for defendant should have been given. Code 1923, §§ 4535, 6078. Circuit court rule 35 does not apply.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The affirmative charge was properly refused. Ray v. State, 16 Ala. App. 496, 79 So. 620; Watts v. State, 204 Ala. 372, 86 So. 70; Fondren v. State, 204 Ala. 451, 86 So. 71; Reaves v. State, 18 Ala. App. 5, 87 So. 705.

SAMFORD, J. There was sufficient evidence to submit this case to the jury, but no evidence as to venue. The affirmative charge was asked for defendant, but the fact that it was asked on account of a failure of proof as to venue was not brought to the attention of the trial court. This is not now an open question in Alabama. Ray v. State, 16 Ala. App. 496, 79 So. 620; Watts v. State, 204 Ala. 372, 86 So. 70; Fondren v. State, 204 Ala. 451, 86 So. 71; Reaves v. State, 18 Ala. App. 5, 87 So. 705. We find no error in the record, and the judgment is affirmed. Affirmed.

(100 So. 926)

Charlie RUSSELL v. STATE. (8 Div. 191.) (Court of Appeals of Alabama. June 10, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge. Violating prohibition law.

SAMFORD, J. There is no bill of exceptions, and, no errors appearing on the record, the judgment is affirmed. Affirmed.

(101 So. 926)

Mack RUTLEDGE v. STATE. (5 Div. 455.) (Court of Appeals of Alabama. Nov. 5, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Carrying concealed pistol.

BRICKEN, P. J. Appeal dismissed.